1  **WO**

6              IN THE UNITED STATES DISTRICT COURT
7                   FOR THE DISTRICT OF ARIZONA

9  United States of America,        )   CR 99-00277-001-PHX-SRB
                                    )
10              Plaintiff,           )
                                    )
11  vs.                              )
                                    )   **ORDER**
12  Peter Nartey Asodji,             )
                                    )
13              Defendant.           )
                                    )
14  _____)

16      A Pretrial Revocation Hearing on the Petition on Violation of Release Conditions was held on June 19, 2006.

18      **THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waived his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

20      **THE COURT FURTHER FINDS** by clear and convincing evidence that the Defendant has violated the terms and conditions of his releae alleged in the subject Petition.

22      **THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by any condition or combination of conditions of release that requires him to report as directed to Pretrial Services and notify the Court, defense counsel and the U.S. Attorney of any change of address if released.

1   **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2   court.

3   DATED this 29th day of June, 2006.

/s/ Lawrence O. Anderson
Lawrence O. Anderson
United States Magistrate Judge